IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01298-WDM-BNB

DAVID RYDZESKI,

Plaintiff,

v.

CURIAN CAPITAL, LLC,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion for Leave to Amend** [docket no. 15, filed October 2, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attachment to the Motion, the First Amended Complaint and Jury Demand, for filing.

IT IS FURTHER ORDERED that the caption on all further filings is to be as indicated above.

DATED:  October 3, 2006