IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01298-WDM-BNB

DAVID RYDZESKI,

    Plaintiff,

v.

CURIAN CAPITAL, LLC,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant's motion to strike, filed June 19, 2007 (doc. no. 45) is granted in part. Plaintiff's response brief filed June 1, 2007 (doc. no. 43) is stricken for failure to comply with Judge Miller's Pretrial and Trial Procedure Rule 6.4 (regarding factual matters in a response brief) and plaintiff's response to facts, filed June 18, 2007 (doc. no. 43) is stricken because it is untimely and because, when combined with plaintiff's earlier brief, violates Rule 6.2 (regarding length of summary judgment briefs).  Plaintiff may file a revised response that complies with Judge Miller's Pretrial and Trial Procedures on or before July 9, 2007, and defendant may file a revised reply 15 days thereafter.

Dated:  June 26, 2007

                                            s/ Jane Trexler, Judicial Assistant