IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01298-WDM-BNB

DAVID RYDZESKI,

Plaintiff,

v.

CURIAN CAPITAL, LLC,

Defendant.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Vacate Settlement Conference** [docket no. 67, filed October 9, 207] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for October 18, 2007, is **VACATED**, to be reset upon the request of the parties.

DATED:  October 10, 2007